IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ELISHA JOINER,

Plaintiff,

v.

USA,

Defendant.

Case No. 17-cv-491 JPG/SCW

## **JUDGMENT**

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: October 1, 2018**          **THOMAS L. GALBRAITH, Acting Clerk of Court**

**s/Tina Gray, Deputy Clerk**

**Approved:**   *s/J. Phil Gilbert*
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**